**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 14-1605**

─────────

VEDA PRYOR,

                    Plaintiff - Appellant,

        v.

JOHN M. MCHUGH, Department of the Army, Agency; SETH D.
HARRIS, (Acting) Department of Labor (OWCP) Agency,

                    Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:13-
cv-01269-PWG)

─────────

Submitted:  October 21, 2014        Decided:  October 23, 2014

─────────

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Veda Pryor, Appellant Pro Se.  Tarra R. DeShields-Minnis, Allen
F. Loucks, Assistant United States Attorneys, Baltimore,
Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veda Pryor appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, although we grant Pryor in forma pauperis status, we affirm for the reasons stated by the district court. Pryor v. McHugh, No. 8:13-cv-01269-PWG (D. Md. May 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2